UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JORGE CARCAMO PRIVADO, | No. 2:22-cv-06304-JWH-BFM |
|---|---|
| Petitioner, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| LEMON, Warden | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court **ACCEPTS** the recommendations of the Magistrate Judge. Accordingly, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **ACCEPTED**.
2. Judgment shall be entered consistent with this Order.
3. The Clerk shall serve this Order and the Judgment on all counsel or parties of record.

**IT IS SO ORDERED.**

DATED: December 11, 2023

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

2