JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CARCAMO PRIVADO,<br><br>  Petitioner,<br><br>  v.<br><br>LEMON, Warden<br><br>  Respondent. | No. 2:22-cv-06304-JWH-BFM<br><br>**JUDGMENT** |

1  Pursuant to the Order accepting the Magistrate Judge's Report and
2  Recommendation,
3  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:
4  1. The Petition in this matter is **DENIED**.
5  2. The action is **DISMISSED with prejudice**.
6  **IT IS SO ORDERED.**

8  DATED: December 11, 2023

   HONORABLE JOHN W. HOLCOMB
   UNITED STATES DISTRICT JUDGE

2